# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DONALD WATKINS, et al. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-00010-ALM-AGD |
| | § | |
| CASSANDRA KOVALKEVICH, et al. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 10, 2026, the Report of the Magistrate Judge, (Dkt. #93), was entered containing proposed findings of fact and recommendation that the Texas Department of Family and Protective Services Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. #26), Defendants Bloomer and Brown's Motion to Dismiss (Dkt. #49), and Defendant Robertson's Motion to Dismiss Amended Complaint (Dkt. #50) each be granted, and Plaintiffs' case be dismissed with prejudice. The Report further recommended that Plaintiffs be denied leave to amend. The Report finally recommended that all relief not addressed therein be denied as moot.

On September 10, 2026, Plaintiffs filed timely objections to the Report (Dkt. #98). The Court has conducted a de novo review of Plaintiffs′ objections (Dkt. #98). Having done so, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Texas Department of Family and Protective Services Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. #26), Defendants Bloomer and Brown's Motion to Dismiss (Dkt. #49), and Defendant Robertson's Motion to Dismiss

Amended Complaint (Dkt. #50) are each **GRANTED**, and Plaintiffs' case is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Plaintiffs are **DENIED** leave to amend.

It is finally **ORDERED** that any request for relief not previously granted is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 17th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE